CHRISTINE M. BOOZE
Nevada Bar No. 7610
JONATHAN L. POWELL
Nevada Bar No.9153
WINNER BOOZE & ZARCONE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
cbooze@winnerfirm.com
jpowell@winnerfirm.com

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| EDGARD BERNAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ANGEL MORERA GONZALEZ, an individual; AG FREIGHT, LLC, a limited liability company; DOES 1 through 10; ROE CORPORATIONS 11 through 20; and ABC Limited Liability Company 21 through 30,<br><br>Defendants. | CASE NO.:   2:21-CV-01881<br><br>**PLAINTIFF AND DEFENDANTS' STIPULATION TO RULE 35 EXAMINATION** |

COMES NOW Plaintiff EDGARD BERNAL, by and through his counsel of record NETTLES | MORRIS and Defendants AG FREIGHT, LLC and ANGEL MORERA GONZALEZ, by and through their counsel of record, the law firm of WINNER BOOZE & ZARCONE, and hereby stipulate and agree that Plaintiff will undergo a Rule 35 Examination with Dr. Forage at the address of **861 Coronado Center Drive, Suite 200, Henderson, NV 89052** on the 14th day of April, 2022 at the time of 3:30PM (PST).

The Rule 35 Examination will be conducted according to the following protocols as agreed to by counsel for both parties:

1. The examination with be of Plaintiff's neck and back, as well as his upper and lower extremities regarding alleged radicular symptoms/complaints.

2. Defendants will produce the report from the examination within 30 days of the examination being completed.

3. Any forms that are required to be completed will be provided to Plaintiff's counsel at least 2 weeks in advance. The only form that Plaintiff will be required to complete at the time of the examination will be standard sign-in paperwork.

4. Plaintiff will not be required to wait longer than 30 minutes after arriving for the examination to begin. Should Plaintiff wait longer than 30 minutes, he will contact his counsel and reach out to defense counsel in an attempt to resolve the issue prior to leaving.

5. Plaintiff will be asked factual questions as to how the accident happened and how his body moved during the subject accident but will not be asked any questions that relate to any alleged liability issues.

6. All individuals inside the office (including Plaintiff) will wear masks and Dr. Forage will ensure that the office and any equipment is sanitized prior to Plaintiff arriving.

Dated this 1st day of March, 2022

WINNER BOOZE & ZARCONE

*[signature]*

Jonathan Powell
Nevada Bar No. 9153
1117 South Rancho Drive
Las Vegas, Nevada 89102

*Attorneys for Defendants*

Dated this 1st day of March, 2022

NETTLES | MORRIS

/s/ *Wesley H. LeMay, Jr. (with permission)*
Wesley H. LeMay, Jr.
Nevada Bar No. 14907
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014

*Attorneys for Plaintiff*

**ORDER**

Pursuant to Plaintiff Edgard Bernal and Defendants AG Freight, LLC and Angel Morera Gonzalez's Stipulation to Rule 35 Examination and for good cause shown, the above Stipulation is accepted, adopted and made the Order of the Court.

IT IS SO ORDERED.

Dated: __March 1, 2022__



RICHARD E. BOULWARE, II
United States District Court

## Marie F. Evangelista

**From:** Marie F. Evangelista
**Sent:** Tuesday, March 1, 2022 9:03 AM
**To:** Wesley LeMay; Sofia Reyes; Norma Chavarria; Thalia Gomez; Christian Morris; Alexandra McLeod; Kimberly Nelson
**Cc:** John L. Powell
**Subject:** RE: Bernal vs. Gonzalez; Rule 35 Examination of Plaintiff Edgard Bernal - April 14@ 3:30PM

Thank you Mr. LeMay.



*Marie Evangelista*
Paralegal to John Powell
1117 South Rancho Drive
Las Vegas, NV 89102
PHONE (702) 243-7000 | FAX (702) 243-7059
mevangelista@winnerfirm.com
www.winnerfirm.com

**CONFIDENTIALITY NOTICE:** THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTIT(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR.

**From:** Wesley LeMay <Wesley@nettlesmorris.com>
**Sent:** Monday, February 28, 2022 5:13 PM
**To:** Marie F. Evangelista <mevangelista@winnerfirm.com>; Sofia Reyes <Sofia@nettlesmorris.com>; Norma Chavarria <norma@nettlesmorris.com>; Thalia Gomez <thalia@nettlesmorris.com>; Christian Morris <Christian@nettlesmorris.com>; Alexandra McLeod <Alexandra@nettlesmorris.com>; Kimberly Nelson <kimberly@nettlesmorris.com>
**Cc:** John L. Powell <jpowell@winnerfirm.com>
**Subject:** RE: Bernal vs. Gonzalez; Rule 35 Examination of Plaintiff Edgard Bernal - April 14@3:30PM

Hello Ms. Evangelista,

My name is Wesley H. LeMay Jr., and I am the attorney that is taking over for Andrea. I have reviewed the FRCP 35 Parameters, and we are agreeable to them. You have my permission to include my digital signature. My Nevada Bar No. is 14907.

If you have any questions, please do not hesitate to ask. I will be happy to help.

**Wesley H. LeMay Jr., Esq.**
**Associate Attorney**



1389 Galleria Drive Ste 200
Henderson NV 89014