CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
ALEXANDRA B. M<sup>c</sup>LEOD, ESQ.
Nevada Bar No. 8185
**NETTLES | MORRIS**
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
T: (702) 434-8282
F: (702) 434-1488
christian@nettlesmorris.com
alexandra@nettlesmorris.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDGARD BERNAL, an individual, | CASE NO.: 2:21-CV-01881-RFB-VCF |
| Plaintiff, | |
| vs. | |
| ANGEL MORERA GONZALEZ, an individual; AG FREIGHT, LLC, a limited liability company; DOES 1 through 10; ROE CORPORATIONS 11 through 20; and ABC Limited Liability Companies 21 through 30, | |
| Defendants. | |

### NOTICE OF DISASSOCIATION OF COUNSEL AND REMOVAL FROM CM/ECF

NOTICE IS HERBY GIVEN that this Notice of Disassociation is being submitted to inform the Court, parties, and counsel that Andréa L. Vieira, Esq., is no longer associated with the law firm of **NETTLES | MORRIS**, and further, that the email address of andreav@nettlesmorris.com be removed from the CM/ECF E-filing list.

///

///

///

-1-

Accordingly, the undersigned respecfully requests that the Clerk remove Ms. Vieira's name as counsel for Plaintiff.

DATED this 9th day of March, 2022.

**NETTLES | MORRIS**

_____
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
ALEXANDRA B. McLEOD, ESQ.
Nevada Bar No. 8185
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  3-10-2022