1   CHRISTINE M. BOOZE
    Nevada Bar No. 7610
2   JONATHAN L. POWELL
    Nevada Bar No.9153
3   WINNER & BOOZE
    1117 South Rancho Drive
4   Las Vegas, Nevada 89102
    Phone (702) 243-7000
5   Facsimile (702) 243-7059
    cbooze@winnerfirm.com
6   jpowell@winnerfirm.com

7   *Attorneys for Defendants*

8                        **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

| EDGARD BERNAL, an individual, | CASE NO. 2:21-CV-01881 |
|---|---|
| Plaintiff, | |
| vs. | |
| ANGEL MORERA GONZALEZ, an individual; AG FREIGHT, LLC, a limited liability company; DOES 1 through 10; ROE CORPORATIONS 11 through 20; and ABC Limited Liability Company 21 through 30, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, EDGARD BERNAL, by and through his counsel of record the law firm OF Christian Morris Trial Attorneys, and Defendants, ANGEL MORERA GONZALEZ and AG FREIGHT, LLC, by and through their counsel of record, the law firm of Winner & Booze, that Plaintiff's Complaint be dismissed with prejudice, and each party shall bear their own costs, interest, and attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 12th day of January 2023.

| WINNER & BOOZE | NETTLES MORRIS |
|---|---|
| _____ | _____ |
| Jonathan Powell, Esq. | Wesley H. LeMay, Jr., Esq. |
| Nevada Bar No. 9153 | Nevada Bar No. 14907 |
| 1117 South Rancho Drive | 2250 Corproate Circle, Suite 390 |
| Las Vegas, Nevada 89102 | Henderson, NV 89074 |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs, interest, and attorney's fees; and,

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of February, 2023.

Submitted by:

WINNER & BOOZE

_____
Jonathan Powell, Esq.
Nevada Bar No. 9153
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendants*